**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LFP IP, LLC,** | Case No.: 2:16-cv-00166-FMO-RAO |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER DISMISSING DEFENDANT'S COUNTERCLAIMS AND STRIKING AFFIRMATIVE DEFENSES** |
| **LEE KEITH BRETT;** and DOES 1 through 10 inclusive, | |
| Defendants. | Date:  July 28, 2016<br>Time:  10:00 a.m.<br>Judge: Hon. Fernando M. Olguin<br>Courtroom: 22 – 5th Floor |

## <u>ORDER</u>

Upon review of the papers filed by Plaintiff LFP IP, LLC in support of their Notice of Motion to Dismiss Counterclaims Pursuant to FRCP 12(b)(6) and Strike Affirmative Defenses Pursuant to FRCP 12(f), including the Memorandum of Points and Authorities, and all pleadings and proceedings heretofore had herein, the Court HEREBY FINDS and ORDERS as follows.

IT IS HEREBY ORDERED THAT:

1. All Counterclaims found in the Answer of Defendant Lee Brett (Docket No. 17) are dismissed with prejudice; and

2. All Affirmative Defenses found in the Answer of Defendant Lee Brett (Docket No. 17) are stricken.

**IT IS SO ORDERED.**

DATED:                          _____

Honorable Fernando M. Olguin,
United States District Judge