JONATHAN W. BROWN, ESQ. (State Bar No. 223901)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924
(716) 849-1333
Facsimile No.: (716) 849-1315
jbrown@lglaw.com

MARK S. HOFFMAN, ESQ. (State Bar No. 108400)
ERIKA L. MANSKY, ESQ. (State Bar No. 228199)
MARK S. HOFFMAN, A PROFESSIONAL CORPORATION
11845 W. Olympic Blvd., Suite 1000
Los Angeles, CA 90064
Tel. (424) 248-6633
Fax: (424) 248-6677
mark@markshoffmanlaw.com
erika@markshoffmanlaw.com

Attorneys for Plaintiff LFP IP, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LFP IP, LLC,**<br><br>                    Plaintiff,<br><br>vs.<br><br>**LEE KEITH BRETT;** and DOES 1 through 10 inclusive,<br><br>                    Defendants. | Case No.: 2:16-cv-00166-FMO-RAO<br><br>**WITHDRAWAL OF MOTION TO DISMISS COUNTERCLAIMS PURSUANT TO FRCP 12(b)(6)** |

**WITHDRAWAL OF MOTION TO DISMISS COUNTERCLAIMS**
1

**NOTICE TO THE COURT AND ALL PARTIES OF RECORD:**

Given the Stipulation for Dismissal of Counterclaims Asserted by Defendant Lee Keith Brett filed concurrently herewith, Plaintiff LFP IP, LLC, through its counsel of record, hereby withdraws its Motion to Dismiss Counterclaims Pursuant to FRCP 12(b)(6) filed on August 24, 2016 (Document No. 28).

| | |
|---|---|
| Dated:  August 29, 2016 | LAW OFFICES OF MARK S. HOFFMAN, A Professional Corp. |
| | LIPSITZ GREEN SCIME CAMBRIA LLP |
| | By: /s/ Jonathan W. Brown |
| | Jonathan W. Brown, Esq. |
| | *Attorneys for Plaintiff* |

**WITHDRAWAL OF MOTION TO DISMISS COUNTERCLAIMS**

2