UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 16-00166-FMO (RAOx)  Date: January 18, 2017
Title: LFP IP, LLC v. Lee Keith Brett

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | CS-01/18/2017 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Jonathan W. Brown, Esq.<br>Mark S. Hoffman, Esq. | Lee Keith Brett, *pro se* |

**Proceedings:**   (In Chambers) **MINUTE ORDER RE: SETTLEMENT CONFERENCE**

    On January 18, 2017, the parties appeared for a settlement conference, but were unable to reach a settlement in this action.

Initials or Preparer:   10:04 gr

cc: Chambers of Judge Fernando M. Olguin