JONATHAN W. BROWN, ESQ. (State Bar No. 223901)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924
(716) 849-1333
Facsimile No.: (716) 849-1315
jbrown@lglaw.com

MARK S. HOFFMAN, ESQ. (State Bar No. 108400)
MARK S. HOFFMAN, A PROFESSIONAL CORPORATION
11845 W. Olympic Blvd., Suite 1000
Los Angeles, CA 90064
Tel. (424) 248-6633
Fax: (424) 248-6677
mark@markshoffmanlaw.com

Attorneys for Plaintiff LFP IP, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LFP IP, LLC,**<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>**LEE KEITH BRETT**,<br><br>　　　　　　Defendant. | Case No.: 2:16-cv-00166-FMO-RAO<br><br>**NOTICE OF JOINT MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date: May 18, 2017<br>Time: 10:00 a.m.<br>Place: Courtroom 6D |

---

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**
1

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 18, 2017 at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 6D of the above-identified Court, located at 350 W. 1st Street, 6th Floor, Los Angeles, CA 90012, Plaintiff LFP IP, LLC will and hereby does move for Summary Judgment, or Partial Summary Judgment, in favor of Plaintiff pursuant to Rule 56(c) of the Federal Rules of Civil Procedure on Plaintiff's:

(1) Count I - Federal Trademark Infringement (Registered Mark);

(2) Count II – Federal Unfair Competition – False Designation of Origin; and

(3) Count IV – Violation of the Anticybersquatting Consumer Protection Act.

Defendant Brett seeks:

(1) Summary Judgment on his contention that: "LFP'S HUSTLER® marks are NOT famous and widely recognized by the general consuming public of the United States";

(2) Summary Judgment on his contention that: "Plaintiff's HUSTLER® marks are NOT well-known by the general consuming public of the United States."

(3) Motion to dismiss on his contention that "Hustler is a generic word."

1 | This motion is made following the conference of counsel for Plaintiff LFP IP, LLC and Pro Se Defendant Lee Keith Brett pursuant to L.R. 7-3 which took place on multiple dates and times before the filing of this motion.

Dated: April 20, 2017

                          MARK S. HOFFMAN, A PROFESSIONAL CORPORATION

                          LIPSITZ GREEN SCIME CAMBRIA LLP

                          By: /s/ Jonathan W. Brown
                          Jonathan W. Brown, Esq.
                          Attorneys for Plaintiff LFP IP, LLC

---

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**
3