American Hustler trademark and the plaintiffs Hustler trademark, are different in appearance.







