# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LFP IP, LLC,** | Case No.: 2:16-cv-00166-FMO-RAO |
| Plaintiff, | |
| vs. | **PRETRIAL EXHIBIT STIPULATION** |
| **LEE KEITH BRETT**, | |
| Defendant. | |

## PLAINTIFF'S EXHIBITS

| Exhibit No. | Description | Stip to Adm.?[1] | Objection | Response to Objection |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 1 | HUSTLER® registration certificate for U.S. Reg. No. 1,011,001 (Plaintiff's SJ Exhibit A). <br><br> **NEEDS TO BE RE-NAMED** | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) Not related to clothing. Sexual magazines. LFP IS NOT famous | Highly relevant to show strength of the mark, long term use and ownership of the HUSTLER® mark. Documents will be authenticate at trial. Non-hearsay documents on file with the USPTO. Remainder of Defendant's objection is argument. |
| 2 | Registration certificate for the HUSTLER® mark for apparel items (U.S. Reg. No. 2689852) (Plaintiff's SJ Exhibit B). <br><br> **NEEDS TO BE RE-NAMED** | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.)The dates of first use are not authentic. | Highly relevant to show strength of the mark, long term use and ownership of the HUSTLER® mark. Documents will be authenticate at trial. Non-hearsay documents on file with the USPTO. Remainder of Defendant's objection is argument. |
| 3 | Registration certificate for the HUSTLER HOLLYWOOD® mark for retail store services (U.S. Reg. No. 4312312) (Plaintiff's SJ Exhibit C). <br><br> **NEEDS TO BE RE-NAMED** | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) The dates of first use are not authentic. | Highly relevant to show strength of the mark, long term use and ownership of the HUSTLER® mark. |

| | | | | |
|---|---|---|---|---|
| | | | | Documents will be authenticate at trial. Non-hearsay documents on file with the USPTO. Remainder of Defendant's objection is argument. |
| 4 | Print outs from the "WHOIS" database (Plaintiff's SJ Exhibit D). | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | Highly relevant to show strength of the mark, long term use and ownership of the HUSTLER® mark; use of the mark on the Internet. Documents will be authenticate at trial. Non-hearsay documents on file with the USPTO. Remainder of Defendant's objection is argument. |
| 5 | Registration certificate for the HUSTLER CLUB ® mark for night clubs (U.S. Reg. No. 2689852) (Plaintiff's SJ Exhibit E).<br><br>NEEDS TO BE RE-NAMED | | Relevance (FRE 403); Sex club has nothing to do with clothing. LFP IS NOT famous No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | Highly relevant to show strength of the mark, long term use and ownership of the HUSTLER® mark. Documents will be authenticate at trial. Non-hearsay documents on file with the USPTO. |

| | | | | |
|---|---|---|---|---|
| | | | | Remainder of Defendant's objection is argument. |
| 6 | Registration certificate for the HUSTLER CASINO® mark for casino services (U.S. Reg. No. 2479911) (Plaintiff's SJ Exhibit F.). | | Relevance (FRE 403); A Casino has nothing to do with clothing. LFP IS NOT famous No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | Highly relevant to show strength of the mark, long term use and ownership of the HUSTLER® mark. Documents will be authenticate at trial. Non-hearsay documents on file with the USPTO. Remainder of Defendant's objection is argument. |
| 7 | Registration certificate for the HUSTLER TV® mark for cable, satellite, television and video-on-demand (VOD) broadcasting. HUSTLER TV® (U.S. Reg. No. 3008950) (Plaintiff's SJ Exhibit G).<br><br>NEEDS TO BE RE-NAMED | | Relevance (FRE 403); Sex channel has nothing to do with clothing. LFP IS NOT famous No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | Highly relevant to show strength of the mark, long term use and ownership of the HUSTLER® mark. Documents will be authenticate at trial. Non-hearsay documents on file with the USPTO. Remainder of Defendant's objection is argument. |
| 8 | Images of some of the graphic designs and styles utilized by LFP (Plaintiff's SJ Exhibit H). | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) Exhibits by plaintiff's | Highly relevant to show use of the mark and t-shirt designs sold by Plaintiff. |

|  |  |  | misleading to the jury. See plaintiff's false documents on licensing | Documents will be authenticate at trial. Non-hearsay. Remainder of Defendant's objection is argument. |
|---|---|---|---|---|
| 9 | Images of t-shirts and merchandise depicting LFP's use of the "Hardcore Since '74" slogan and "74" (Plaintiff's SJ Exhibit I).  **NEEDS TO BE RE-NAMED** |  | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) Exhibits by plaintiff's are over 10 years old misleading to the jury. See plaintiff's false documents on licensing. | Highly relevant to show use of the "Hardcore Since '74" and "'74" by Plaintiff. Documents will be authenticate at trial. Non-hearsay. Remainder of Defendant's objection is argument. |
| 10 | Additional HUSTLER U.S. Trademark Registrations owned by LFP (Plaintiff's SJ Exhibit J.)  **NEEDS TO BE RE-NAMED** |  | Relevance (FRE 403);has nothing to do with clothing. LFP IS NOT famous No authentication  (FRE 901 et seq.); hearsay  (FRE 801 et seq.) | Highly relevant to show strength of the mark, long term use and ownership of the HUSTLER® mark. Documents will be authenticate at trial. Non-hearsay documents on file with the USPTO. Remainder of Defendant's objection is argument. |
| 11 | Printout of Defendant's U.S. Trademark Application, as shown on the United States Patent and Trademark Office website (Plaintiff's SJ Exhibit K). | Yes |  |  |

| | | | | |
|---|---|---|---|---|
| 12 | September 9, 2015 Letter of Protest submitted by LFP (Plaintiff's SJ Exhibit L). | | lack of authentication (FRE 901 et seq.); never seen until summary judgment hearsay (FRE 801 et seq.); Relevance (FRE 403);, | Document on file with the USPTO. Documents will be authenticate at trial. Non-hearsay documents on file with the USPTO. Remainder of Defendant's objection is argument. |
| 13 | Letter of Protest Memorandum (Plaintiff's SJ Exhibit M). | | lack of authentication (FRE 901 et seq.); never seen until summary judgment hearsay (FRE 801 et seq.); Relevance (FRE 403);, | Document on file with the USPTO. Documents will be authenticated at trial. Non-hearsay documents on file with the USPTO. Remainder of Defendant's objection is argument. |
| 14 | October 22, 2015 USPTO Office Action (Plaintiff's SJ Exhibit N). | | Relevance (FRE 403);, misleading regarding the sleekcraft factors and how they are determined. | Document on file with the USPTO. Relevant to the issue of Defendant's use of the infringing mark and actions to secure registration. Remainder of Defendant's objection is argument. |

| 15 | January 10, 2016 USPTO Final Office Action (Plaintiff's SJ Exhibit O). | | Relevance (FRE 403);, misleading as it was not a final action, plaintiffs federal lawsuit took away defendant's rights to appeal to the TTAB. | Document on file with the USPTO. Relevant to the issue of Defendant's use of the infringing mark and actions to secure registration. Remainder of Defendant's objection is argument. |
|---|---|---|---|---|
| 16 | Printout of the Registrar's WHOIS information pertaining to the www.americanhustlerclothing.com domain name (Plaintiff's SJ Exhibit P). | Yes | | |
| 17 | Screen capture of the www.americanhustlerclothing.com website (Plaintiff's SJ Exhibit Q). <mark>NEEDS TO BE RE-NAMED</mark> | | Relevance (FRE 403); misleading as this was not the only website, this was not finished being set up. | Highly relevant as it is Defendant's website, found at the domain name registered to Defendant |
| 18 | Defendant Brett's response to Plaintiff's First Set of Interrogatories (Plaintiff's SJ Exhibit R). | Yes | | |
| 19 | Screen captures/images of Defendant's t-shirts using terms such as "original" (Plaintiff's SJ Exhibit S). <mark>NEEDS TO BE RE-NAMED</mark> | | The plaintiff has admitted in the undisputed facts the word original is generic and it does not own it. | Not an objection to admissibility, just to the description. |

| 20 | Screen capture of Defendant's t-shirts referring to 1974 (Plaintiff's SJ Exhibit T.)  **NEEDS TO BE RE-NAMED** | | The plaintiff has admitted in the undisputed facts that the defendant was born in 1974,. The numbers 1974 are generic and the plaintiff does not own 1974. | Not an objection to admissibility, Defendant's "objection" is legal argument that has nothing to do with admissibility. |
| 21 | Screen capture of Defendant's t-shirts that incorporate graphics associated with gaming and poker (Plaintiff's SJ Exhibit U.)  **NEEDS TO BE RE-NAMED** | | Once renamed will answer | |
| 22 | Screen capture of Defendant's t-shirt referred to as "Hustler Ladies" (Plaintiff's SJ Exhibit V.) **NEEDS TO BE RE-NAMED** | | Once renamed will answer | |
| 23 | November 2015 cease and desist letter to Defendant (Plaintiff's SJ Exhibit W.) | | lack of authentication (FRE 901 et seq.); never seen until summary judgment hearsay (FRE 801 et seq.); Relevance (FRE 403);, | Highly relevant to show Plaintiff's assertion of rights. Documents will be authenticate at trial. Non-hearsay document that was received by Defendant's former counsel. |
| 24 | Letters of Protest; TTAB Notices of Opposition and cease and desist letters. (Plaintiff's SJ Exhibit X.)  **NEEDS TO BE RE-NAMED** | | Relevance (FRE 403);, lack of authentication (FRE 901 et seq.);never seen until summary judgment hearsay (FRE 801 et seq.); Reveals | |

| | | | personal information about other individuals. | |
|---|---|---|---|---|
| 25 | Screen capture of trademark documents pertaining to Defendant's trademark application on the USPTO website (Plaintiff's SJ Exhibit Y.) | Yes | | |
| | | | | |

## DEFENDANT'S EXHIBITS

| Exhibit No. | Description | Stip to Adm.?[2] | Objection | Response to Objection |
|---|---|---|---|---|
| 50 | American Hustler trademark approved for publication | | | |
| 51 | appeal to the TTAB | | Relevance (FRE 403); not evidence | Plaintiff admitted to taking defendant's rights away in the undisputed facts. (FRE 401)Very relevant to prove a fact and would prejudice the defendant. |
| 52 | Movie The Hustler | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual real evidence of the movie. |
| 53 | Movie The Color of Money | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual real evidence of the movie. |
| 54 | Can a man own a word | | Relevance (FRE 403); not evidence; No authentication (FRE 901 et seq.) | (FRE 401) covered under (FRE 902) Official publication, newspaper or periodical |
| 55 | Definition of a Hustler | | Relevance (FRE 403); not evidence; No authentication (FRE 901 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual (real evidence) of the dictionary. Proves a very important fact of the origin of the word |

| | | | | |
|---|---|---|---|---|
| | | | | hustler. Also undisputed by the plaintiff's LFP. |
| 56 | An amazing story of America's greatest hustler, Local and State News, post and courier | | Relevance (FRE 403); not evidence; No authentication (FRE 901 et seq.) | (FRE 401) covered under (FRE 902) Official publication, newspaper or periodical |
| 57 | WC Fields' pool and poker hustler | | Relevance (FRE 403); not evidence; No authentication (FRE 901 et seq.) | (FRE 401) covered under (FRE 902) Official publication, newspaper or periodical |
| 58 | WC Fields' Archives – 8 Ball on the Silver Screen | | Relevance (FRE 403); not evidence; No authentication (FRE 901 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, (knowledge) and actual (real evidence) of the video |
| 59 | Definition of Hustling | | Relevance (FRE 403); not evidence; No authentication (FRE 901 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, (knowledge) and actual (real evidence) of the dictionary. Proves a very important fact of the origin of the word hustler. Also undisputed by the plaintiff's LFP. |
| 60 | Can't own common words | | Relevance (FRE 403); not evidence; No authentication (FRE 901 et seq.);hearsay (FRE 801 et seq.) | (FRE 401) covered under (FRE 902) Official publication, newspaper or periodical |

| | | | | |
|---|---|---|---|---|
| 61 | Hustler Entrepreneur | | Relevance (FRE 403); not evidence; No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) covered under (FRE 902) Official publication, newspaper or periodical |
| 62 | Hustler song 50 Cent – Hustler Lyrics, Genius Lyrics | | Relevance (FRE 403); not evidence; No authentication (FRE 901 et seq.) | (FRE 401) covered under (FRE 902) Official publication, newspaper or periodical |
| 63 | The AMERICAN HUSTLER mark in front of an artistic rendering of a star. | | | |
| 64 | American Hustler logo & Hustler logos | | | |
| 65 | 1974 t-shirts – Google Search | | No authentication (FRE 901 et seq.);hearsay (FRE 801 et seq.) | (FRE 901) plaintiff's LFP admitted defendant was born in 1974, plaintiffs admit the numbers 1974 are generic and admit that it doesn't own 1974. |
| 66 | HUSTLER ADIDAS | | No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.); Relevance (FRE 403) | (FRE 401) (FRE 901)Testimony of a witness, (knowledge) |
| 67 | HUSTLER NIKE | | No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.);Relevance (FRE 403) | (FRE 401) (FRE 901)Testimony of a witness, (knowledge) |

| | | | |
|---|---|---|---|
| 68 | spade shirts – Google Search | | No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 901) Testimony of a witness, (knowledge) Also undisputed by the plaintiff's LFP admit that the outline of a spade is generic and admit it is not owned by them |
| 69 | About American Hustler Clothing, owner etc | | Relevance (FRE 403) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. |
| 70 | Lingerie channels of trade | | | |
| 71 | hustler hollywood sex shops and sex store | | | |
| 72 | Lee Brett and the pool industry | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. (FRE 901) Testimony of a witness, (knowledge) |
| 73 | LFP claims source of goods for the consuming public | | Relevance (FRE 403); No authentication (FRE 901 et seq.); not evidence | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. (FRE) 901 (FRE 902) taken from the pleadings document. |
| 74 | Hustler is a generic word | | Not evidence;No authentication (FRE 901 et seq.);hearsay (FRE 801 et seq.) | (FRE) 901 (FRE 902) Federal documents from the 9th circuit |

| 75 | Email of new Website proof | | Relevance (FRE 403); hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. (FRE) 901 Testimony of a witness, (knowledge) |
| 76 | American Hustler clothing Website | | | |
| 77 | Website | | | |
| 78 | HUSTLER ADIDAS trademark | | Relevance (FRE 403) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. |
| 79 | All American hustler designs sold | Yes | | |
| 80 | NIKE trademark | | Relevance (FRE 403) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. |
| 81 | NIKE full time hustler tee – Google Search | | No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE) 901 Testimony of a witness, (knowledge) |
| 82 | walmart hustler | | No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE) 901 Testimony of a witness, (knowledge) and actual real evidence of Jay Z t shirt. |
| 83 | Amazon trademark | | Relevance (FRE 403) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. |

| | | | |
|---|---|---|---|
| 84 | pool players never sleep | | Relevance (FRE 403) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. |
| 85 | Hustler quotes | | Not evidence;No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.); Relevance (FRE 403) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. (FRE 902) Official publication, newspaper or periodical |
| 86 | American hustler designs | Yes | | |
| 87 | 1974 and 1971 designs | Yes | | |
| 88 | Evan Roosevelt admits not well known | | No authentication (FRE 901 et seq.);  hearsay (FRE 801 et seq.); Relevance (FRE 403) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. (FRE 901) Testimony of a witness, (knowledge) (FRE 902) Official publication, newspaper or periodical |
| 89 | Goto.com Inc.v. The Walt DisneyCompany U.S.Dist. Lexis 1608,202 F.3d 1199(9th Cir., Feb. 2,2000) | | No authentication (FRE 901 et seq.); Relevance (FRE 403) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. (FRE) 901 (FRE 902) Federal documents from the 9th circuit |

| 90 | hustler uspto search 362 | | No authentication (FRE 901 et seq.);  hearsay (FRE 801 et seq.); Relevance (FRE 403); | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. (FRE 901) Evidence about public records (FRE 902) government documents |
|---|---|---|---|---|
| 91 | pool hustler clothing – Google Search | | No authentication (FRE 901 et seq.);  hearsay (FRE 801 et seq.); Relevance (FRE 403); | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. (FRE 901) Testimony of a witness, (knowledge) |
| 92 | Icebreaker Ltd. v. GILMAR SPA, 911 F. Supp. 2D 1099 Article | | Not evidence, No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.); Relevance (FRE 403); | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. (FRE 901) Evidence about public records (FRE 902) Federal documents |
| 93 | hustler Hollywood is a sex shop | | No authentication (FRE 901 et seq.);  hearsay (FRE 801 et seq.); Relevance (FRE 403); | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. (FRE 901) Testimony of a witness, (knowledge) |
| 94 | Hustler store books and DVD's not clothing | | | |
| 95 | Hustler Hollywood sex shop opening in West Covina | | No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 902) Official publication, newspaper or periodical |

| | | | |
|---|---|---|---|
| 96 | Sex Store – Hustler Hollywood | | No authentication (FRE 901 et seq.); incomplete exhibit | (FRE 901) Testimony of a witness, (knowledge) |
| 97 | 1974 t-shirts – Google Search | | No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.);Relevance (FRE 403) | (FRE 901) plaintiff's LFP admitted defendant was born in 1974, plaintiffs admit the numbers 1974 are generic and admit that it doesn't own 1974. |
| 98 | spade shirts – Google Search | | No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.);Relevance (FRE 403) | (FRE 901) Testimony of a witness, (knowledge) Also undisputed by the plaintiff's LFP admit that the outline of a spade isgeneric and admit it is not owned by them |
| 99 | Other hustler trademarks | | No authentication (FRE 901 et seq.); | (FRE 901) Evidence about public records (FRE 902) government documents |
| 100 | USPTO TTABVUE is for hustlers | | | |
| 101 | The Hustler novel | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901) Testimony of a witness, and the book (actual real evidence) |

| 102 | Lee Brett – American Pool players Association | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901) Testimony of witnesses, and (actual real evidence)(FRE 902) Official publication, newspaper or periodical |
| 103 | Lee Brett apa – Google Search | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901) Testimony of witnesses, |
| 104 | Lee Brett pool | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901) Testimony of witnesses, |
| 105 | Lee Brett World Record – final (2) | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901) Testimony of witnesses, |
| 106 | AZBilliards – SecretArtOfPoolNo1 | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901) Testimony of witnesses,and (actual real evidence) |

| 107 | Billiards Digest article | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901) Testimony of witnesses,(FRE 902) Official publication, newspaper or periodical |
| 108 | Generic designs, original, premium, 74, spade. Can't be owned. | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant (FRE 901) Testimony of a witness, (knowledge) Also undisputed by the plaintiff's LFP admit that the outline of a spade , 74, original are generic and admit it is not owned by them |
| 109 | The Hustlers – Sixties band reforms 50 years on after discovering one member wasn't dead after all – Mirror Online | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE (FRE 902) Official publication, newspaper or periodical |
| 110 | Original | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant (FRE 901) Testimony of a witness, (knowledge) |

| | | | | |
|---|---|---|---|---|
| | | | | undisputed by the plaintiff's LFP admit that the word original is generic and admit it is not owned by them |
| 111 | original brand t shirt – Google Search | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant (FRE 901) Testimony of a witness, (knowledge) Also undisputed by the plaintiff's LFP admit that the word original is generic and admit it is not owned by them |
| 112 | genuine authentic logo – Google Search | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant (FRE 901) Testimony of a witness, (knowledge) Also undisputed by the plaintiff's LFP admit that the word genuine is generic and admit it is not owned by them |
| 113 | Hustler songs | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, (knowledge) actual DVD of the song |

| | | | | |
|---|---|---|---|---|
| | | | | (actual evidence) |
| 114 | Jay Z Hustler | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
| 115 | Hustler music little Wayne | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, (knowledge) actual DVD of the song (actual evidence) |
| 116 | Lee Brett – Federal Suit | | Not evidence | FRE 401) Very relevant to prove a fact and would prejudice the defendant |
| 117 | hustler-clothing-all-i-need-men-s-t-shirt-black-5 | | Relevance (FRE 403); No authentication (FRE 901 et seq.) | FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901) Testimony of a witness, (knowledge) |
| 118 | hustler-clothing-fell-in-love-t-shirt-36 | | Relevance (FRE 403); No authentication (FRE 901 et seq.) | FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901) Testimony of a witness, (knowledge) |
| 119 | bitches aint shit' | | Relevance (FRE 403); No authentication (FRE 901 et seq.) | FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901) Testimony of a witness, (knowledge) |

| 120 | hustler-clothing-repeat-suck-t-shirt-black-28 | | Relevance (FRE 403); No authentication (FRE 901 et seq.) | FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901) Testimony of a witness, (knowledge) |
| 121 | hustler-first-date-t-shirt-black-28 | | Relevance (FRE 403); No authentication (FRE 901 et seq.) | FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901) Testimony of a witness, (knowledge) |
| 122 | hustler-till-i-m-dead-t-shirt-28 | | Relevance (FRE 403); No authentication (FRE 901 et seq.) | FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901) Testimony of a witness, (knowledge) |
| 123 | hustler-two-is-better-than-one-hook-up-t-shirt-white-6 | | Relevance (FRE 403); No authentication (FRE 901 et seq.) | FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901) Testimony of a witness, (knowledge) |
| 124 | no surveys done | | Not evidence;No authentication (FRE 901 et seq.) | FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 902)(FRE 901) Testimony of a witness, (knowledge) |

|  |  |  |  | Plaintiffs admitted to no surveys during the request for admissions |
|---|---|---|---|---|
| 125 | Hustle trademark for graphic tees |  | Relevance (FRE 403); No authentication (FRE 901 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. (FRE 901) Evidence about public records (FRE 902) government documents |
| 126 | Hustler Hollywood – About | Yes |  |  |
| 127 | Hustler Hollywood – About | Yes |  |  |
| 128 | Hustler Hollywood – About | Yes |  |  |
| 129 | Hustler Hollywood – About |  | Prejudice outweighs any probative valueRelevance (FRE 403); No authentication (FRE 901 et seq.) | FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 902)(FRE 901) Testimony of a witness, (knowledge) |
| 130 | Hustler Hollywood – About |  | Prejudice outweighs any probative value Relevance (FRE 403); No authentication (FRE 901 et seq.) | FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 902)(FRE 901) Testimony of a witness, (knowledge) |
| 131 | Jay Z hustler |  | Relevance (FRE 403); No authentication (FRE 901 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, (knowledge) |

| | | | | |
|---|---|---|---|---|
| 132 | Hustler song | | Relevance (FRE 403); No authentication (FRE 901 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, (knowledge) actual DVD of the song (actual evidence) |
| 133 | proving fame Not famous case law | | Not evidence; Relevance (FRE 403); No authentication (FRE 901 et seq.) | (FRE 401) (FRE) 901 (FRE 902) Federal documents from the 9th circuit |
| 134 | not famous article | | Not evidence; Relevance (FRE 403); No authentication (FRE 901 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. (FRE 901) Evidence about public records (FRE 902) government documents |
| 135 | polo trademarks | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. (FRE 901) Evidence about public records (FRE 902) government documents |
| 136 | Amazon hustler | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
| 137 | hustler store | Yes | | |

| 138 | Pool – Dennis Orcollo is the best money game player in the world – ESPN The Magazine | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness. (FRE 902) Official publication, newspaper or periodical |
|---|---|---|---|---|
| 139 | Pool hall expert – How to get hustled – CNN | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness. (FRE 902) Official publication, newspaper or periodical |
| 140 | spreadshirt Hustler | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
| 141 | spreadshirt trademark | | Relevance (FRE 403) | FRE 401) Very relevant to prove a fact and would prejudice the defendant |
| 142 | Respect the game black red | Yes | | |
| 143 | faso hustler | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
| 144 | faso trademark | | Relevance (FRE 403) | FRE 401) Very relevant to prove a fact and would prejudice the defendant |
| 145 | cafe press hustler | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |

| 146 | cafe press trademark | | Relevance (FRE 403) | FRE 401) Very relevant to prove a fact and would prejudice the defendant |
|-----|----------------------|---|--------------------|----------------------------------|
| 147 | hustler porn sites web addresses | Will stipulate to Exhibit w/ redactions | | |
| 148 | Larry Flynt – Freedom fighter, pornographer, monster - - The Independent | | Relevance (FRE 403); No authentication (FRE 901 et seq.);  hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness. (FRE 902) Official publication, newspaper or periodical |
| 149 | Larry Flynt interview part 1 | | Relevance (FRE 403); No authentication (FRE 901 et seq.);  hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness. (FRE 902) Official publication, newspaper or periodical |
| 150 | Larry Flynt interview part 2 | | Relevance (FRE 403); No authentication (FRE 901 et seq.);  hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness. (FRE 902) Official publication, newspaper or periodical |
| 151 | Larry Flynt – The trouble with Larry – The Independent | | Relevance (FRE  403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness. (FRE 902) Official publication, newspaper or periodical |

| 152 | Best Las Vegas Strip Club – Strip Clubs Las Vegas | | Incomplete exhibit;  Relevance (FRE 403); No authentication (FRE 901 et seq.) | FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901) Testimony of a witness. |
|-----|-----|-----|-----|-----|
| 153 | Booth at pool event | | No authentication (FRE 901 et seq.) | (FRE 901) Testimony of a witness. |
| 154 | Is for hustlers | | Relevance (FRE 403) | FRE 401) Very relevant to prove a fact and would prejudice the defendant |
| 155 | Is for hustlersUSPTO TTABVUE | | Relevance (FRE 403) | FRE 401) Very relevant to prove a fact and would prejudice the defendant |
| 156 | Original Ben | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | FRE 401) Very relevant to prove a fact and would prejudice the defendant (FRE 901) Testimony of a witness. |
| 157 | Minnesota Fats – Wikipedia | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | FRE 401) Very relevant to prove a fact and would prejudice the defendant (FRE 901) Testimony of a witness. |
| 158 | etsy mother hustler | | Relevance (FRE 403); No authentication (FRE 901 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |

| 159 | etsy hustler | | Relevance (FRE 403); No authentication (FRE 901 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
|---|---|---|---|---|
| 160 | Etsy trademark | | Relevance (FRE 403) | FRE 401) Very relevant to prove a fact and would prejudice the defendant |
| 161 | Ladies | Yes | | |
| 162 | Cybersquatting factors | | Not evidence; Relevance (FRE 403); No authentication (FRE 901 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. (FRE 901) Evidence about public records (FRE 902) government documents |
| 163 | Male prostitution in the arts – Wikipedia hustler male prostitute | | Not evidence; Relevance (FRE 403); No authentication (FRE 901 et seq.)hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant (FRE 901) Testimony of a witness. (FRE 902) Official publication, newspaper or periodical |

| | | | | |
|---|---|---|---|---|
| 164 | Queens, hookers and hustlers – printable version | | Not evidence; Relevance (FRE 403); No authentication (FRE 901 et seq.)hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant (FRE 901) Testimony of a witness. Actual real evidence of the documentary |
| 165 | The All American Hustler (1972) – IMDb | | Not evidence; Relevance (FRE 403); No authentication (FRE 901 et seq.)hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant (FRE 901) Testimony of a witness. Actual real evidence of the film |
| 166 | Evan Roosevelt facebook page | | Not evidence; Relevance (FRE 403); No authentication (FRE 901 et seq.)hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant (FRE 901) Testimony of a witness. |
| 167 | email conversation | | Not evidence;  Relevance (FRE 403) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant |
| 168 | hustler clothing for sale | Yes | | |
| 169 | hustler facebook | | Incomplete Exhibit | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901) Testimony of a witness. |

| 170 | hustler gear9 | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
|-----|--------------|--|----------------------------------------------------------------------------------------|------------------------------------------------------------------------------------------|
| 171 | hustler gear10 | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
| 172 | hustler gear11 | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
| 173 | hustler gear12 | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
| 174 | hustler gear13 | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
| 175 | hustler gear14 | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |

| 176 | hustler gear15 | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
|-----|----------------|--|-------------------------------------------------------------------------------------------|----------------------------------------------------------------------------------------|
| 177 | hustler gear16 | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
| 178 | hustler gear17 | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
| 179 | hustler gear18 | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
| 180 | hustler gear19 | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
| 181 | hustler gear20 | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
| 182 | hustler gear21 | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |

| 183 | hustler gear22 | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
|---|---|---|---|---|
| 184 | HUSTLER NON POLICING | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
| 185 | HUSTLER NON POLICING1 | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901) Testimony of a witness, and actual (real evidence) clothing |
| 186 | HUSTLER NON POLICING2 | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901) Testimony of a witness, and actual (real evidence) clothing |
| 187 | HUSTLER NON POLICING3 | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901) Testimony of a witness, and actual (real evidence) clothing |

| | | | | |
|---|---|---|---|---|
| 188 | Larry Flynt Publication – Wikipedia | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901) Testimony of a witness, |
| 189 | The Hustler (TV Series 2015- ) – IMDb | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901) Testimony of a witness. |
| 190 | The Pervert Who Changed America – How Larry Flynt Fought the Law and Won – VICE | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901)Testimony of a witness, (FRE 902) Official publication, newspaper or periodical |
| 191 | VNEA History – VNEA | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901)Testimony of a witness |
| 192 | APA Tournament InformationAmerican Poolplayers Association | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901)Testimony of a witness(FRE 902) Official publication, newspaper or periodical |

| 193 | American Poolplayers Association – Wikipedia | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901)Testimony of a witness |
|---|---|---|---|---|
| 194 | Workspace Webmail – Mail Index – lawsuit | | Not evidence;Relevance (FRE 403) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant |
| 195 | Workspace Webmail – Mail Index – lawsuit1 | | Not evidence;Relevance (FRE 403) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant |
| 196 | Workspace Webmail – Mail Index – lawsuit2 | | Not evidence;Relevance (FRE 403) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant |
| 197 | Workspace Webmail – Mail Index – lawsuit3 | | Not evidence;Relevance (FRE 403) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant |
| 198 | Workspace Webmail – Mail Index – lawsuit4 | | Not evidence;Relevance (FRE 403) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant |
| 199 | Workspace Webmail – Mail Index – lawsuit5 | | Not evidence;Relevance (FRE 403) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant |
| 200 | 2017 BCPL National Championships – CueSports International (CSI) | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901)Testimony of a witness |

| 201 | Omega Billiards ACS National Championship | | Relevance (FRE 403); No authentication (FRE 901 et seq.) hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901)Testimony of a witness |
|---|---|---|---|---|
| 202 | Amazon hustler search | | No authentication (FRE 901 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901)Testimony of a witness and actual (real evidence) of the t shirts bought from this. |
| 203 | Amazon hustler tee by American apparel | | Relevance (FRE 403); No authentication (FRE 901 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
| 204 | American hustler website | | Relevance (FRE 403); No authentication (FRE 901 et seq.); incomplete document | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901)Testimony of a witness |
| 205 | Baltimore hustler | | Relevance (FRE 403); No authentication (FRE 901 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |

| 206 | Facebook BCA nationals LFP | Yes | | |
| 207 | Hustler spring summer 2007 LFP | Yes | | |
| 208 | American hustler what we are about LFP | Yes | | |
| 209 | Respect the game design LFP | Yes | | |
| 210 | American hustler website LFP | Yes | | |
| 211 | scans of requests for admissions and documents | Yes | | |
| 212 | Hustler bang me LFP | Yes | | |
| 213 | Respect the game LFP | Yes | | |
| 214 | Facebook APA nationals LFP | Yes | | |
| 215 | Facebook American hustler clothing LFP | Yes | | |
| 216 | Philippines design LFP | Yes | | |
| 217 | Hustler cover spring summer 2007 LFP | Yes | | |
| 218 | American hustler clothing April Garcia LFP | Yes | | |
| 219 | Calendar 2007 LFP | Yes | | |
| 220 | American hustler products for sale LFP | Yes | | |
| 221 | American hustler clothing Facebook LFP | Yes | | |
| 222 | American hustler clothing cover photo LFP | Yes | | |
| 223 | Run out pool LFP | Yes | | |
| 224 | American hustler clothing APA LFP | Yes | | |
| 225 | American hustler clothing angel investment LFP | Yes | | |
| 226 | American hustler let's gamble LFP | Yes | | |

| 227 | Looking for pool rooms LFP | Yes | | |
|-----|------------------------------|-----|--|--|
| 228 | We decided to start American hustler clothing LFP | Yes | | |
| 229 | American hustler clothing women LFP | Yes | | |
| 230 | American hustler clothing in your pool room LFP | Yes | | |
| 231 | hustler hig voltage LFP | Yes | | |
| 232 | New design for the avid pool player LFP | Yes | | |
| 233 | table of contents license LFP | Yes | | |
| 234 | The American hustler journey LFP | Yes | | |
| 235 | Regular tees beaver licker LFP | Yes | | |
| 236 | Pool players never sleep LFP | Yes | | |
| 237 | American hustler update LFP | Yes | | |
| 238 | American hustler got action 1971 LFP | Yes | | |
| 239 | hustler honeys 12307 LFP | Yes | | |
| 240 | American hustler men LFP | Yes | | |
| 241 | King of billiards LFP | Yes | | |
| 242 | Defendant's Exhibit 203 | Yes | | |
| 243 | Cover photo LFP | Yes | | |
| 244 | Threads and accessories license agreement LFP | Yes | | |
| 245 | American hustler Facebook apa 8 ball event LFP | Yes | | |
| 246 | AZ billiards review LFP | Yes | | |

| | | | |
|---|---|---|---|
| 247 | Respect the game LFP | Yes | | |
| 248 | Design for BCA nationals LFP | Yes | | |
| 249 | Products for sale LFP | Yes | | |
| 250 | Facebook post BCA nationals LFP | Yes | | |
| 251 | hustler tee woman bent over LFP | Yes | | |
| 252 | Facebook post APA nationals | Yes | | |
| 253 | LFP licensees contact details LFP | Yes | | |
| 254 | Girl on girl LFP | Yes | | |
| 255 | Richard from Texas LFP | Yes | | |
| 256 | Got action 1971 LFP | Yes | | |
| 257 | Ladies burnout LFP | Yes | | |
| 258 | District Manager – District Manager – Lutz, Fl – Indeed | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901)Testimony of a witness |
| 259 | Anthony Barcelo – Sales Rep Manager in Lutz, US | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901)Testimony of a witness |
| 260 | Joey Lionetti – LinkedIn | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant(FRE 901)Testimony of a witness |

| 261 | hustler gear | | Relevance (FRE 403); No authentication (FRE 901 et seq.); not produced previously; hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
|---|---|---|---|---|
| 262 | hustler gear1 | | Relevance (FRE 403); No authentication (FRE 901 et seq.); not produced previously; hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
| 263 | hustler gear2 | | Relevance (FRE 403); No authentication (FRE 901 et seq.); not produced previously; hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
| 264 | hustler gear3 | | Relevance (FRE 403); No authentication (FRE 901 et seq.); not produced previously; hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |

| 265 | hustler gear4 | | Relevance (FRE 403); No authentication (FRE 901 et seq.); not produced previously; hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
| 266 | hustler gear5 | | Relevance (FRE 403); No authentication (FRE 901 et seq.); not produced previously; hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
| 267 | hustler gear6 | | Relevance (FRE 403); No authentication (FRE 901 et seq.); not produced previously; hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
| 268 | hustler gear7 | | Relevance (FRE 403); No authentication (FRE 901 et seq.); not produced previously; hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |

| 269 | hustler gear8 | | Relevance (FRE 403); No authentication (FRE 901 et seq.); not produced previously; hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant (FRE 901) Testimony of a witness, and actual (real evidence) of the t shirt. |
|-----|---------------|--|------------------------|-------------------|
| 270 | Hustler Facebook | | No authentication (FRE 901 et seq.) | FRE 901) Testimony of a witness, |
| 271 | Hustler Facebook1 | | No authentication (FRE 901 et seq.) | FRE 901) Testimony of a witness, |
| 272 | encyclopedia of pool hustlers | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant (FRE 901) Testimony of a witness, and actual (real evidence) of the the book. |
| 273 | vice and author info | | Relevance (FRE 403); No authentication (FRE 901 et seq.); hearsay (FRE 801 et seq.) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant (FRE 901) Testimony of a witness, |
| 274 | Workspace Webmail __ Generic | | Email communication that is part of a protected settlement communication (FRE 408); Relevance (FRE 403) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. Plaintiff's mislead the courts in the summary judgment claiming to of just heard about the generic defense |

| | | | | |
|---|---|---|---|---|
| 275 | Workspace Webmail __ Generic 1 | | Email communication that is part of a protected settlement communication (FRE 408); Relevance (FRE 403) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. Plaintiff's mislead the courts in the summary judgment claiming to of just heard about the generic defense |
| 276 | Workspace Webmail __ Generic 2 | | Email communication that is part of a protected settlement communication (FRE 408); Relevance (FRE 403) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. Plaintiff's mislead the courts in the summary judgment claiming to of just heard about the generic defense |
| 277 | Workspace Webmail __ Generic 3 | | Email communication that is part of a protected settlement communication (FRE 408); Relevance (FRE 403) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. Plaintiff's mislead the courts in the summary judgment claiming to of just heard about the generic defense |
| 278 | Workspace Webmail __ Generic 4 | | Relevance (FRE 403) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. Plaintiff's mislead the courts in |

| | | | | |
|---|---|---|---|---|
| | | | | just heard about the generic defense |
| 279 | Workspace Webmail __ Generic 5 | | Relevance (FRE 403) | (FRE 401) Very relevant to prove a fact and would prejudice the defendant. Plaintiff's mislead the courts in the summary judgment claiming to of just heard about the generic defense |

PLEASE NOTE THE PRE TRIAL EXHIBIT LIST HAS CHANGES TO BE MADE ON BOTH SIDES AS TO THE NAMES OF THE EXHIBITS. THE PLAINTIFF'S AND DEFENDANT HAS AGREED TO WORK ON HAVING THESE EXHIBITS AMENDED AND FILED EARLY NEXT WEEK.