UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-0166 FMO (RAOx) | Date | June 26, 2017 |
|---|---|---|---|
| Title | LFP IP, LLC v. Lee Keith Brett | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):   Attorney Present for Defendant(s):
None Present   None Present

**Proceedings:**    (In Chambers) Order Re: Ex Parte Application

   Having reviewed and considered all the briefing filed with respect to plaintiff's Ex Parte Application for Relief (Dkt. 55, "Application"), including defendant's opposition (Dkts. 57 & 58), the court is persuaded that, under the circumstances here, the in-person meet and confer and joint filing requirements should be excused. (See Dkt. 55-1, Declaration of Jonathan W. Broan [] at ¶¶ 5-7 & Exh. A; see id. at Exh. B (email from pro se defendant to plaintiff's counsel stating, "I love how you play the victim. . . are very immature . . . [and] are acting like a big baby [who needs to] grow up and act your age"). Accordingly, IT IS ORDERED THAT plaintiff's Ex Parte Application for Relief (**Document No. 55**) is **granted**. The parties are relieved from conducting in-person meet and confers and filing of joint motions for the duration of the case.[1]

                                                                                        00  :  00
                                                                     Initials of Preparer    vdr

---

[1] On June 20, 2017, the court vacated the pretrial and trial deadlines pending the court's ruling on the parties' motions to dismiss, (see Dkt. 56, Court's Order of June 20, 2017), which means that the parties do not have any immediately pending deadlines with which they need to comply.