UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-0166 FMO (RAOx) | Date | May 24, 2018 |
|---|---|---|---|
| Title | LFP IP, LLC v. Lee Keith Brett | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Re: Setting of Trial

As this matter is now ready for trial, IT IS ORDERED THAT:

1. The parties shall file memoranda of contentions of fact and law; witness lists; the Pretrial Exhibit Stipulation; and motions in limine no later than **June 8, 2018**.[1]

2. The parties shall lodge their proposed Pretrial Conference Order and file the Joint Jury Instructions; Disputed Jury Instructions; a joint proposed verdict form; a joint statement of the case; proposed additional voir dire questions, if desired; and oppositions to motions in limine no later than **June 15, 2018**.

The parties shall also send copies of the proposed Pretrial Conference Order; Joint Jury Instructions; Disputed Jury Instructions; the joint proposed verdict form; the joint statement of the case; and any proposed additional voir dire questions, to the chambers e-mail address (fmo_chambers@cacd.uscourts.gov) in WordPerfect (the court's preference) or Word format.

3. The parties may file replies in support of their motions in limine no later than **June 19, 2018**.

4. The final pretrial conference and hearing on motions in limine is scheduled for **June 22, 2018,** at 10:00 a.m.

5. The trial is scheduled to begin on **Tuesday, July 10, 2018** at 9:00 a.m. On the first day of trial, **the parties and counsel must appear at 8:45 a.m.** to discuss preliminary matters with the court.

---

[1] The parties are excused from filing joint motions in limine. However, the parties shall comply with all other requirements set forth in the court's Scheduling and Case Management Order, filed on July 6, 2016. (<u>See</u> Dkt. 20, Court's Order of July 6, 2016).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-0166 FMO (RAOx) | Date | May 24, 2018 |
|---|---|---|---|
| Title | LFP IP, LLC v. Lee Keith Brett | | |

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |