**DENIED BY ORDER OF THE COURT**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LFP IP, LLC,**<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**LEE KEITH BRETT;** and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-00166-FMO-RAO<br><br>**ORDER DENYING EX PARTE APPLICATION [63] RE: REQUEST FOR CONTINUANCE OF TRIAL DATE**<br><br>Current Trial Date: July 10, 2018<br>Requested Trial Date: September 25, 2018 |

# ORDER

~~Having considered Plaintiff LFP IP, LLC's request to continue the current trial date, and the relief previously granted by the Court on June 26, 2017, for good cause shown, the Court orders as follows:~~

1. ~~The first day of trial is continued from Tuesday, July 10, 2018, to **Tuesday, September 25, 2018 at 9 a.m.**~~

2. ~~The parties shall file memoranda of contentions of fact and law, witness lists, and exhibit lists no later than **August 10, 2018**. Also, Plaintiff shall file its proposed Jury Instructions no later than **August 10, 2018**.~~

3. ~~The parties shall file motions in limine, and any objections to the exhibit lists no later than **August 17, 2018**. Defendant may file any objections to Plaintiff's proposed Jury Instructions, along with any proposed alternative instructions no later than **August 17, 2018**.~~

4. ~~The Plaintiff shall lodge a Pretrial Conference Order, proposed verdict forms, and proposed statement of the case, no later than **August 24, 2018**. The parties may also submit additional voir dire questions, if desired, on **August 24, 2018**.~~

5. ~~The parties may file oppositions to motions in limine, and defendant may lodge any objections to Plaintiff's proposed Pretrial Conference Order, proposed verdict forms and proposed statement of the case no later than **August 31, 2018**.~~

6. ~~The parties may file replies in support of their motions in limine no later than **September 4, 2018**.~~

7. ~~The final pretrial conference and hearing on motions in limine is scheduled for **September 7, 2018 at 10 a.m.**~~

8. ~~The parties and counsel must appear at 8:45 a.m. on **Tuesday, September 25, 2018** for the first day of trial and to discuss preliminary matters with the Court.~~

**IT IS SO ORDERED.**

DATED:    May 30, 2018                             /s/
                                         Honorable Fernando M. Olguin,
                                         United States District Judge

**ORDER RE: CONTINUANCE OF TRIAL**

3