JONATHAN W. BROWN, ESQ. (State Bar No. 223901)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924
(716) 849-1333
Facsimile No.: (716) 849-1315
jbrown@lglaw.com

MARK S. HOFFMAN, ESQ. (State Bar No. 108400)
MARK S. HOFFMAN, A PROFESSIONAL CORPORATION
11845 W. Olympic Blvd., Suite 1000
Los Angeles, CA 90064
Tel. (424) 248-6633
Fax: (424) 248-6677
mark@markshoffmanlaw.com

Attorneys for Plaintiff LFP IP, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LFP IP, LLC,**<br><br>              Plaintiff,<br><br>vs.<br><br>**LEE KEITH BRETT**,<br><br>              Defendant. | Case No.: 2:16-cv-00166-FMO-RAO<br><br>**PLAINTIFF LFP IP, LLC'S WITNESS LIST**<br><br>**Final Status Conference:** July 22, 2018<br><br>**First Day of Trial:** July 10, 2018 |

**PLAINTIFF LFP IP, LLC'S WITNESS LIST**

1

# WITNESS LIST OF PLAINTIFF LFP IP, LLC

Plaintiff LFP IP, LLC submits the following list of witnesses that are expected to offer testimony in the above-entitled action. Those witnesses that Plaintiff may call if the need arises are marked with a "*". Plaintiff reserves the right to supplement this list as the evidence in this proceeding is developed and to introduce witnesses not named herein for the purpose(s) of rebuttal and/or impeachment. All of the witnesses listed, except for Defendant Lee Keith Brett, may be contacted through Plaintiff's counsel.

1. **Lee Keith Brett:**

    **Description of Testimony:**

    Mr. Brett's expected testimony will relate to:

    Defendant's use of the "American Hustler" mark; marketing and advertising of Defendant's products and services bearing the "American Hustler" mark; financial information relating to the sale and distribution of Defendant's products; Defendant's selection of the "American Hustler" mark; Defendant's "American Hustler" trademark application and the USPTO's rejection of the same;

Defendant's "American Hustler" clothing designs; and the registration and use of "Americanhustlerclothing.com" domain and website.

**Time estimate:** 2.0 Hours of Direct Testimony

2. **Philip Del Rio**

   **Description of Testimony:**

   Mr. Del Rio's expected testimony will relate to:

   Plaintiff's use of the HUSTLER® mark on apparel; HUSTLER® and HUSTLER HOLLYWOOD® trademark registrations; policing the HUSTLER® mark; retail stores that feature the HUSTLER® mark and sell HUSTLER® apparel items; HUSTLER® t-shirt designs; use of the "Hardcore Since '74" slogan; financial information relating to HUSTLER® apparel and merchandise; advertising and marketing of HUSTLER® merchandise; and Defendant's t-shirts and Defendant's infringing use of "American Hustler."

   **Time estimate:** 2.5 Hours of Direct Testimony

3. **Larry C. Flynt**

   **Description of Testimony:**

   Mr. Flynt's expected testimony will relate to:

The history and use of the HUSTLER® and HUSTLER HOLLYWOOD® marks; the development of retail and apparel brands; the use and expansion of the HUSTLER® brand.

**Time estimate:** 0.75 Hours of Direct Testimony

4. **Tina Ryoo***

   **Description of Testimony:**

   Ms. Ryoo's expected testimony will relate to:

   Plaintiff's use of the HUSTLER® mark on apparel and merchandise; licensing of the HUSTLER® mark; HUSTLER® t-shirt designs; use of the "Hardcore Since '74" slogan; and Defendant's t-shirts and his infringing use of "American Hustler."

   **Time estimate:** 1.0 Hours of Direct Testimony

5. **Tony Cochi***

   **Description of Testimony:**

   Plaintiff's use of the HUSTLER® mark as it relates to the Internet; marketing of Plaintiff's products and services on the Internet.

   **Time estimate:** 0.5 Hours of Direct Testimony

1  Dated: June 8, 2018

2                                          MARK S. HOFFMAN, A
3                                          PROFESSIONAL CORPORATION

4                                          LIPSITZ GREEN SCIME CAMBRIA LLP

5
                                           By: /s/ Jonathan W. Brown
6                                          Jonathan W. Brown, Esq.
7                                          Attorneys for Plaintiff LFP IP, LLC