JONATHAN W. BROWN, ESQ. (State Bar No. 223901)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924
(716) 849-1333
Facsimile No.: (716) 849-1315
jbrown@lglaw.com

MARK S. HOFFMAN, ESQ. (State Bar No. 108400)
MARK S. HOFFMAN, A PROFESSIONAL CORPORATION
11845 W. Olympic Blvd., Suite 1000
Los Angeles, CA 90064
Tel. (424) 248-6633
Fax: (424) 248-6677
mark@markshoffmanlaw.com

Attorneys for Plaintiff LFP IP, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LFP IP, LLC,**<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>**LEE KEITH BRETT**,<br><br>　　　　　　　Defendant. | Case No.: 2:16-cv-00166-FMO-RAO<br><br>**PLAINTIFF LFP IP, LLC'S EXHIBIT LIST**<br><br>**Final Status Conference:** July 22, 2018<br><br>**First Day of Trial:** July 10, 2018 |

**PLAINTIFF'S EXHIBIT LIST**

1

# PLAINTIFF'S EXHIBITS[1]

| Exhibit No. | Description | Stip to Adm.?[2] |
|---|---|---|
| 1 | HUSTLER® registration certificate for U.S. Reg. No. 1,011,001 | |
| 2 | Registration certificate for the HUSTLER® mark for apparel items (U.S. Reg. No. 2689852) | |
| 3 | Registration certificate for the HUSTLER HOLLYWOOD® mark for retail store services (U.S. Reg. No. 4312312) | |
| 4 | Print outs from the "WHOIS" database | |
| 5 | Registration certificate for the HUSTLER CLUB ® mark for night clubs (U.S. Reg. No. 2689852) | |
| 6 | Registration certificate for the HUSTLER CASINO® mark for casino services (U.S. Reg. No. 2479911) | |
| 7 | Registration certificate for the HUSTLER TV® mark for cable, satellite, television and video-on-demand (VOD) broadcasting. HUSTLER TV® (U.S. Reg. No. 3008950) | |
| 8 | Various images of the graphic t-shirt designs and styles utilized by LFP | |
| 9 | Images of t-shirts and merchandise depicting LFP's use of the "Hardcore Since '74" slogan and "74" | |

---

[1] Counsel for Defendant Brett just filed Notices of Appearance on June 6, 2018. Counsel has not had the opportunity to discuss or otherwise prepare a Joint Exhibit Stipulation.

[2] This column indicates whether an exhibit is admitted for identification purposes only.

| 10 | Additional HUSTLER U.S. Trademark Registrations owned by LFP | |
|----|---|---|
| 11 | Printout of Defendant's U.S. Trademark Application, as shown on the United States Patent and Trademark Office website | |
| 12 | September 9, 2015 Letter of Protest submitted by LFP | |
| 13 | Letter of Protest Memorandum | |
| 14 | October 22, 2015 USPTO Office Action | |
| 15 | January 10, 2016 USPTO Final Office Action | |
| 16 | Printout of the Registrar's WHOIS information pertaining to the www.americanhustlerclothing.com domain name | |
| 17 | Screen captures of the www.americanhustlerclothing.com website | |
| 18 | Defendant Brett's response to Plaintiff's First Set of Interrogatories | |
| 19 | Screen captures/images of Defendant's t-shirts using terms such as "original" | |
| 20 | Screen capture of Defendant's t-shirts referring to 1974 | |
| 21 | Screen capture of Defendant's t-shirts that incorporate graphics associated with gaming and poker | |
| 22 | Screen capture of Defendant's t-shirt referred to as "Hustler Ladies" | |
| 23 | November 2015 cease and desist letter to Defendant | |
| 24 | Letters of Protest; TTAB Notices of Opposition and cease and desist letters. | |

**PLAINTIFF'S EXHIBIT LIST**

3

| | | |
|---|---|---|
| 25 | Screen capture of trademark documents pertaining to Defendant's trademark application on the USPTO website | |
| | | |

Plaintiff reserves the right to supplement this list as the evidence in this proceeding is developed and to introduce documents not identified herein for the purpose(s) of rebuttal and/or impeachment.

Dated: June 8, 2018

MARK S. HOFFMAN, A PROFESSIONAL CORPORATION

LIPSITZ GREEN SCIME CAMBRIA LLP

By: /s/ Jonathan W. Brown
Jonathan W. Brown, Esq.
Attorneys for Plaintiff LFP IP, LLC

**PLAINTIFF'S EXHIBIT LIST**
4