UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-00166 FMO (RAOx) | Date | June 13, 2018 |
|---|---|---|---|
| Title | LFP IP, LLC v. Lee Keith Brett | | |

Present: The Honorable   Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | Maria Bustillos | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff:   Attorney Present for Defendant:

Mark S. Hoffman   Brent A. Hawkins

**Proceedings:**   STATUS CONFERENCE

Court and counsel confer regarding the case and the possibility of the parties consenting to a Magistrate Judge for all further proceedings.

Counsel shall confer with their clients about the possibility of consenting to a Magistrate Judge. No later than **5:00 p.m. on June 15, 2018,** each side shall submit – via personal delivery or email – confidential letters indicating whether they are willing to consent to a Magistrate Judge for trial.

The court will issue a separate order setting pretrial deadlines in the event the parties do not agree to a Magistrate Judge.

00 : 12

Initials of Preparer   vdr