Jason D. Strabo (SBN 246426)
jstrabo@mwe.com
Jessica A. Mariani (SBN 280748)
jmariani@mwe.com
McDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3800
Los Angeles, CA 90067-3218
Telephone: (310) 277 4110
Facsimile: (310) 277 4730

Jodi L. Benassi (SBN 309048)
jbenassi@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Rd, Suite 100
Menlo Park, CA 94025
Telephone: 650-815-7400
Facsimile: 650-815-7401

Attorneys for Defendant
LEE KEITH BRETT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LFP IP, LLC, | CASE NO. 2:16-cv-00166 |
| Plaintiff, | Hon. Frederick F. Mumm |
| v. | **JOINT EXHIBIT LIST** |
| LEE KEITH BRETT, | Pretrial Conference: September 12, 2018 |
| Defendant. | First Day of Trial: October 2, 2018 |

Pursuant to the Court's June 26, 2018 Order and Local Rule 16-6.1, Plaintiff LFP IP, LLC and Defendant Lee Keith Brett hereby submit the following joint exhibit list:

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Registration certificate for HUSTLER® (U.S. Reg. No. 1,011,001) and related USPTO documents | | |
| 2 | Registration certificate for the HUSTLER® mark for apparel items (U.S. Reg. No. 2689852) and related USPTO documents | | |
| 3 | Registration certificate for the HUSTLER HOLLYWOOD® mark for retail store services (U.S. Reg. No. 4312312) and related USPTO documents | | |
| 4 | Print outs from the "WHOIS" database for several domain names owned by LFP/LFP affiliates | | |
| 5 | Registration certificate for the HUSTLER CLUB ® mark for night clubs (U.S. Reg. No. 2689852) and related USPTO documents | | |
| 6 | Registration certificate for the HUSTLER CASINO® mark for casino services (U.S. Reg. No. 2479911) and related USPTO documents | | |
| 7 | Registration certificate for the HUSTLER TV® mark for cable, satellite, television and video-on-demand (VOD) broadcasting. HUSTLER TV® (U.S. Reg. No. 3008950) and related USPTO documents | | |
| 8 | Various images of t-shirt graphic designs and styles utilized by LFP | | |
| 9 | Various images of graphic designs, t-shirts and merchandise depicting LFP's use of the "Hardcore Since '74" slogan and number "74" | | |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

| # | Description | | |
|---|---|---|---|
| 10 | Additional HUSTLER U.S. Trademark Registrations owned by LFP | | |
| 11 | HustlerHollywood.com screen captures | | |
| 12 | Defendant's U.S. Trademark Application filed on June 10, 2015 (Printout of USPTO Records) | | |
| 13 | Images from AmericanHustlerClothing.com website dated June 23, 2015 | | |
| 14 | Images from angel.co website displaying "American Hustler Clothing" items for sale dated October 29, 2015 | | |
| 15 | Images from "American Hustler Clothing" Facebook pages | | |
| 16 | September 9, 2015 Letter of Protest submitted by LFP to the USPTO | | |
| 17 | USPTO's Letter of Protest Memorandum | | |
| 18 | October 22, 2015 USPTO Office Action issued in response to AMERICAN HUSTLER application Ser. No. 86657943 | | |
| 19 | January 10, 2016 USPTO Final Office Action issued to AMERICAN HUSTLER application Ser. No. 86657943 | | |
| 20 | Printout of the Registrar's WHOIS information pertaining to the www.americanhustlerclothing.com domain name | | |
| 21 | Screen capture of the website located at AmericanHustlerClothing.com dated November 9, 2015 | | |
| 22 | Images of Defendant's t-shirts using terms such as "original" from website located at AmericanHustlerClothing.com | | |
| 23 | Images of Defendant's t-shirts referring to 1974 from website located at AmericanHustlerClothing.com | | |
| 24 | Images of Defendant's t-shirts that incorporate graphics associated with gaming and poker from website located at AmericanHustlerClothing.com | | |

JOINT EXHIBIT LIST
CASE NO. 2:16-CV-00166

DM_US 154813536-1.099747.0326

| | | |
|---|---|---|
| 25 | Image of Defendant's t-shirt referred to as "Hustler Ladies" from website located at AmericanHustlerClothing.com | |
| 26 | November 2015 cease and desist letter to Defendant with attached screen shots from the AmericanHustlerClothing.com website | |
| 27 | Printout of entry regarding The Hustler (movie) from the website IMDb.com | |
| 28 | Printout of entry regarding The Color of Money (movie) from the website IMDB.com | |
| 29 | Printout of Merriam Webster Dictionary definition of the term "Hustler" | |
| 30 | Printout of article entitled *An Amazing Story of America's greatest hustler* – Post and Courier News | |
| 31 | Printout of Wikipedia.com entry regarding the term "Hustling" | |
| 32 | Printout of Lyrics to song Hustler, by "50 Cent," from Genius Lyrics | |
| 33 | Printout of Google Search results for "1974 t shirts" | |
| 34 | Printout of Google Search results for "Spade t shirts" | |
| 35 | Printout of "About Us" section from American Hustler Clothing Website | |
| 36 | Images of each design sold by American Hustler | |
| 37 | Hustler T Shirt – Walmart.com | |
| 38 | Printout of Walter Tevis, *The Hustler* (novel) from Amazon.com | |
| 39 | American Pool players Association, bio of Lee Brett | |
| 40 | Printout of Google Search Results "Lee Brett apa" | |
| 41 | Printout of an article from Billiards Digest, *Brett Building His Business One Stroke at a Time*. | |

JOINT EXHIBIT LIST
CASE NO. 2:16-CV-00166

DM_US 154813536-1.099747.0326

| | | | |
|---|---|---|---|
| 42 | Print out of Google search results "original brand t shirt" | | |
| 43 | Print out of Google search results "genuine authentic logo" | | |
| 44 | Printout of lyrics to *U Don't Kno* by Jay Z from website Genius | | |
| 45 | Printout of lyrics to *Hustler Musik* by Lil' Wayne from website Genius | | |
| 46 | Hustler Clothing design .jpeg – All I Need (men) | | |
| 47 | Hustler Clothing design .jpeg – Fell in Love t-shirt | | |
| 48 | Hustler Clothing design .jpeg – Bitches Ain't Shit | | |
| 49 | Hustler Clothing design .jpeg – Repeat suck t-shirt | | |
| 50 | Hustler Clothing design .jpeg – First Date t-shirt | | |
| 51 | Hustler Clothing design .jpeg – Til I am Dead T Shirt | | |
| 52 | Hustler Clothing design .jpeg – 2 is Better than 1 | | |
| 53 | Plaintiff's Response to Defendant's First request for Admission – No survey evidence collected. | | |
| 54 | Image of photograph posted on Facebook by Hustler Hollywood | | |
| 55 | Image of photograph posted on Facebook by Hustler Hollywood | | |
| 56 | Image of photograph posted on Facebook by Hustler Hollywood | | |
| 57 | Image of photograph posted on Facebook by Hustler Hollywood | | |
| 58 | Image of photograph posted on Facebook by Hustler Hollywood | | |
| 59 | Amazon.com search results for "hustler t shirt" | | |
| 60 | TESS Search Result: "Hustler Hollywood" | | |

JOINT EXHIBIT LIST
CASE NO. 2:16-CV-00166

DM_US 154813536-1.099747.0326

| | | | | |
|---|---|---|---|---|
| 61 | "Pool hall expert: How to get hustled" article from CNN.com | | | |
| 62 | FASO Clothing hustler clothing result | | | |
| 63 | Hustlerturf.com clothing search - Hustler Gear | | | |
| 64 | Hustlerturf.com clothing search Hustler Gear | | | |
| 65 | Hustlerturf.com clothing search Hustler Gear | | | |
| 66 | Hustlerturf.com clothing search Hustler Gear | | | |
| 67 | Hustlerturf.com clothing search Hustler Gear | | | |
| 68 | Hustlerturf.com clothing search Hustler Gear | | | |
| 69 | Hustlerturf.com clothing search Hustler Gear | | | |
| 70 | Hustlerturf.com clothing search Hustler Gear | | | |
| 71 | Hustlerturf.com clothing search Hustler Gear | | | |
| 72 | Print out of "The Hustler" (TV Series 2015- ) – IMDb.com | | | |
| 73 | Photograph of LFP document production - Facebook BCA nationals | | | |
| 74 | Photograph of LFP document production Hustler spring summer 2007 | | | |
| 75 | Photograph of LFP document production American hustler what we are about | | | |
| 76 | Photograph of LFP document production Respect the game design | | | |
| 77 | Photograph of LFP document production American hustler website | | | |
| 78 | Photograph of LFP document production Hustler bang me | | | |
| 79 | Photograph of LFP document production Respect the game | | | |
| 80 | Photograph of LFP document production Facebook APA nationals | | | |

| | | |
|---|---|---|
| 81 | Photograph of LFP document production Facebook American hustler clothing | |
| 82 | Photograph of LFP document production Philippines design | |
| 83 | Photograph of LFP document production Hustler cover spring summer 2007 | |
| 84 | Photograph of LFP document production American hustler clothing April Garcia Photograph of LFP document production LFP | |
| 85 | Photograph of LFP document production Calendar 2007 | |
| 86 | Photograph of LFP document production American Hustler products | |
| 87 | Photograph of LFP document production American Hustler clothing Facebook | |
| 88 | Photograph of LFP document production American Hustler clothing cover photo | |
| 89 | Photograph of LFP document production Run out pool | |
| 90 | Photograph of LFP document production American Hustler clothing APA | |
| 91 | Photograph of LFP document production American Hustler clothing angel investment | |
| 92 | Photograph of LFP document production American Hustler let's gamble | |
| 93 | Photograph of LFP document production Looking for pool rooms | |
| 94 | Photograph of LFP document production We decided to start American Hustler clothing | |
| 95 | Photograph of LFP document production American Hustler clothing women L | |
| 96 | Photograph of LFP document production American Hustler clothing in your pool room | |
| 97 | Photograph of LFP document production Hustler high voltage | |

JOINT EXHIBIT LIST
CASE NO. 2:16-CV-00166

DM_US 154813536-1.099747.0326

| | | | | |
|---|---|---|---|---|
| 98 | Photograph of LFP document production New design for the avid pool player | | | |
| 99 | Photograph of LFP document production table of contents license | | | |
| 100 | Photograph of LFP document production The American Hustler journey | | | |
| 101 | Photograph of LFP document production Regular tees beaver licker | | | |
| 102 | Photograph of LFP document production Pool players never sleep | | | |
| 103 | Photograph of LFP document production American Hustler update | | | |
| 104 | Photograph of LFP document production Hustler honeys 12307 | | | |
| 105 | Photograph of LFP document production American Hustler men | | | |
| 106 | Photograph of LFP document production King of billiards | | | |
| 107 | Print out of American Apparal hustler t shit – Amazon.com | | | |
| 108 | Photograph of LFP document production Threads and accessories license agreement | | | |
| 109 | Photograph of LFP document production American Hustler Facebook APA 8 ball event | | | |
| 110 | Photograph of LFP document production AZ billiards review | | | |
| 111 | Photograph of LFP document production Respect the game | | | |
| 112 | Photograph of LFP document production Design for BCA nationals | | | |
| 113 | Photograph of LFP document production Products for sale | | | |
| 114 | Photograph of LFP document production Facebook post BCA nationals | | | |
| 115 | Photograph of LFP document production hustler tee woman bent over | | | |
| 116 | Photograph of LFP document production Facebook post APA nationals | | | |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

| | | |
|---|---|---|
| 117 | Photograph of LFP document production LFP licensees contact details | |
| 118 | Photograph of LFP document production Richard from Texas | |
| 119 | Photograph of LFP document production Got action 1971 | |
| 120 | Photograph of LFP document production Ladies burnout | |
| 121 | Print out of "Encyclopedia of Pool Hustlers" – Amazon.com | |
| 122 | Results of USPTO Trademark Searches | |
| 123 | Wikipedia.com search result - The Color of Money (movie) | |
| 124 | Definition of a Hustler – dictionary.com | |
| 125 | "1974 t-shirts" search results print out – Google Search | |
| 126 | "spade shirts" search result print out – Google Search | |
| 127 | American Hustler clothing Website – americanhustlerclothing.com | |
| 128 | American Hustler Website – americanhustlerclothing.com | |
| 129 | NIKE full time hustler tee – Google Search results | |
| 130 | Print out of search results for "hustler t shit" – Walmart.com hustler | |
| 131 | "Hustler" USPTO Search results | |
| 132 | Print out of HustlerHollywood.com | |
| 133 | Lee Brett pool | |
| 134 | Google.com search results "Hustler Songs" | |
| 135 | Jay Z Hustler lyrics print out | |
| 136 | Hustler music little Wayne – Wikipedia.com | |
| 137 | Amazon.com search results "hustler" | |
| 138 | Hustlerturf.com clothing search Hustler Gear | |
| 139 | Hustlerturf.com clothing search Hustler Gear | |

JOINT EXHIBIT LIST
CASE NO. 2:16-CV-00166

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

DM_US 154813536-1.099747.0326

| | | | | |
|---|---|---|---|---|
| 1 | 140 | Hustlerturf.com clothing search Hustler Gear | | |
| 2 | 141 | Hustlerturf.com clothing search Hustler Gear | | |
| 3 | 142 | Hustlerturf.com clothing search Hustler Gear | | |
| 4 | 143 | Hustlerturf.com clothing search Hustler Gear | | |
| 5 | 144 | Hustlerturf.com clothing search Hustler Gear | | |
| 6 | 145 | Hustlerturf.com clothing search Hustler Gear | | |
| 7 | 146 | Hustlerturf.com clothing search Hustler Gear | | |
| 8 | 147 | Hustlerturf.com clothing search Hustler Gear | | |
| 9 | 148 | Hustlerturf.com clothing search Hustler Gear | | |
| 10 | 149 | Print out of "American Hustler" logo and "Hustler" logos | | |
| 11 | 150 | Print out of American Hustler website – americanhustlerclothing.com | | |
| 12 | 151 | Print out of Pokerplayer.com article – "W.C. Fields Humorist and Hustler" | | |
| 13 | 152 | Print out of "A Century Ago: billiards Mad, A Game of Pool, and Pool Sharks" from billiardsmovies.com | | |
| 14 | 153 | Printout of quotes using the term "hustler" – brainyquote.com | | |
| 15 | 154 | Print out of "The Hustlers: Sixties band reforms 50 years on after discovering one member wasn't dead after all" – theweatherchannel.com | | |
| 16 | 155 | Image of American Hustler logo "Respect this game" .jpeg | | |
| 17 | 156 | Print out of multiple "hustler" brand pornographic websites | | |
| 18 | 157 | "hustler t shirt" results by Adidas – Ebay.com | | |

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

- 10 -

JOINT EXHIBIT LIST
CASE NO. 2:16-CV-00166

DM_US 154813536-1.099747.0326

| | | | | |
|---|---|---|---|---|
| 158 | "hustler t shirt" results by Nike – Ebay.com | | | |
| 159 | Print outs of various articles on Lee Brett and the pool industry | | | |
| 160 | USPTO search results for Adidas – TESS.com | | | |
| 161 | American Hustler trademark application office action | | | |
| 162 | Print out of the Complaint describing Hustler brand channels of trade | | | |
| 163 | American Hustler designs using 1971 and 1974 | | | |
| 164 | Print out of "pool hustler clothing" Google.com search results | | | |
| 165 | Hustler Hollywood sex shop opening in West Covina – SGVTribune.com | | | |
| 166 | Print out of Hustler Hollywood website – Hustlerhollywood.com | | | |
| 167 | Lee Brett news article – Behindtherocktour.com | | | |
| 168 | USPTO search result for "Hustle" trademark for graphic tees – TESS.com | | | |
| 169 | Loveoflifequotes.com – Jay Z Hustle Lyric | | | |
| 170 | Hustler t shirt results – Spreadshirt.com | | | |
| 171 | Print out Hustler t-shirt results | | | |
| 172 | Male Prostitution in the arts – Wikipedia.com | | | |
| 173 | Queens. Hookers. And hustlers article – Nt Yr Cister Press | | | |
| 174 | Print out of The American Hustler (1972) movie – IMDb.com | | | |
| 175 | Hustler clothing for sale print outs | | | |
| 176 | Print outs - Hustler Facebook screen shots and Hustler ebay.com merchandise | | | |
| 177 | Hustlerturf.com clothing search Hustler Gear | | | |
| 178 | Hustlerturf.com clothing search Hustler Gear | | | |
| 179 | American Poolplayers Association – Tournament information | | | |

JOINT EXHIBIT LIST
CASE NO. 2:16-CV-00166

| | | | | |
|---|---|---|---|---|
| 180 | American Poolplayers Association – Wikipedia.com | | | |
| 181 | Screen shot Baltimore Hustler t-shirt | | | |
| 182 | Photograph of LFP document production Girl on Girl | | | |
| 183 | Printout of Danny McGoorty, A Billiard Hustler's Life (book) from Amazon.com | | | |
| 184 | Printout of David McCumber, Playing off the Rail: A Pool Hustler's Journey (book) from Amazon.com | | | |
| 185 | Printout of R.A. Dyer, Hustler Days: Minnesota Fats, Wimpy Lassiter, Jersey Red, and America's Great Age of Pool (book) from Amazon.com | | | |
| 186 | Printout of Robert LeBlanc, Confessions of a Pool Hustler (book) from Amazon.com | | | |
| 187 | Printout of Robert Byrne, A Pool Room Hustler (book) from Amazon.com | | | |

Dated: August 22, 2018

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By: */s/* Jason D. Strabo
    Jason D. Strabo
    Attorneys for Defendant
    LEE KEITH BRETT

Dated: August 22, 2018

Respectfully submitted,

LIPSITZ GREEN SCIME CAMBRIA LLP

By: */s/* Jonathan W. Brown
    Jonathan W. Brown, Esq.
    Attorney for Plaintiff
    LFP IP, LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ Jason D. Strabo
Jason D. Strabo
Attorneys for Defendant
LEE KEITH BRETT

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park