1  Jason D. Strabo (SBN 246426)
   jstrabo@mwe.com
2  Jessica A. Mariani (SBN 280748)
   jmariani@mwe.com
3  McDERMOTT WILL & EMERY LLP
   2049 Century Park East, Suite 3800
4  Los Angeles, CA  90067-3218
   Telephone:   (310) 277 4110
5  Facsimile:    (310) 277 4730

6  Jodi L. Benassi (SBN 309048)
   jbenassi@mwe.com
7  McDERMOTT WILL & EMERY LLP
   275 Middlefield Rd, Suite 100
8  Menlo Park, CA  94025
   Telephone:  650-815-7400
9  Facsimile:   650-815-7401

10 Attorneys for Defendant
   LEE KEITH BRETT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LFP IP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LEE KEITH BRETT, <br><br> Defendant. | CASE NO.  2:16-cv-00166 <br><br> Hon. Frederick F. Mumm <br><br> **DEFENDANT LEE KEITH BRETT'S AMENDED WITNESS LIST** <br><br> Pretrial Conference: September 12, 2018 <br><br> First Day of Trial:  October 2, 2018 |

Pursuant to the Court's Civil Trial Order dated June 26, 2018, Defendant Lee Keith Brett ("Defendant" or "Mr. Brett") respectfully submits the following Amended Witness List:

1. Lee Keith Brett

Mr. Brett's expected testimony will concern the "American Hustler" trademark, his company, and the pool industry.

2. James Harris

Mr. Harris' expected testimony will concern the use of the word "hustler" in the pool industry and American Hustler clothing.

3. Larry Flynt

Mr. Flynt's expected testimony will concern the history and use of the Hustler trademarks at issue in this action; the development of retail and apparel brands; and the registration of other trademarks using the word "hustler" not owned by Plaintiff.

4. Tina Ryoo*

Ms. Ryoo's expected testimony will concern the licensing, sales, and distribution of Plaintiff's clothing; Hustler Hollywood; and use of the Hustler trademarks at issue in this action.

5. Phillip Del Rio*

Mr. Del Rio's expected testimony will concern the retail sales and distribution of Plaintiff's clothing; Hustler Hollywood; and use of the Hustler trademarks at issue in this action.

6. Tony Cochi*

Mr. Cochi's expected testimony will concern Plaintiff's internet sales, distribution, and licensing agreements; Hustler Hollywood; and use of the Hustler trademarks at issue in this action.

1     Pursuant to Local Rule 16-5, witnesses designated with an * shall be called only if the need arises. Defendant reserves the right to call additional witnesses not named herein as necessary for rebuttal and/or impeachment, and otherwise reserves the right to amend, add to, or withdraw witnesses from the foregoing list.

    With the exception of Larry Flynt, Tina Ryoo, Phillip Del Rio, and Tony Cochi, all of whom are believed to be employees or agents of Plaintiff, the witnesses on this list may be contacted through counsel for Defendant.

Dated: August 22, 2018          Respectfully submitted,

                               McDERMOTT WILL & EMERY LLP

By: */s/* Jason D. Strabo
    Jason D. Strabo
    Attorneys for Defendant
    LEE KEITH BRETT