1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         CENTRAL DISTRICT OF CALIFORNIA
10
11  LFP IP, LLC,                          )  Case No. CV 16-166 FFM
                                          )
12              Plaintiff,                )  SUPPLEMENTAL CIVIL TRIAL
                                          )  ORDER FOR NON-JURY TRIALS
13        v.                              )
                                          )
14  LEE KEITH BRETT,                      )
                                          )
15              Defendant.                )
                                          )
16  _____ )

17        In its Amended Memorandum of Contentions of Fact and Law filed on August
18  22, 2018, plaintiff advised that it is only seeking injunctive relief and that, therefore,
19  the matter must be tried to the Court sitting without a jury. Defendant's Amended
20  Memorandum of Contentions of Fact and Law filed on the same day states that the
21  parties have agreed to a bench trial. Given this change in status, the Court issues its
22  Supplemental Civil Trial Order.
23        **TRIAL START DATE AND TIME**: The trial will commence, as previously
24  scheduled, on **October 2, 2018** in Courtroom 580 (5th Floor), Edward R. Roybal
25  Federal Building, 255 East Temple Street, Los Angeles, California.  **However the**
26  **start time will be 9:00 a.m. instead of 8:30 a.m. as previously scheduled**.
27        **PRETRIAL CONFERENCE**: The pretrial conference will proceed on
28  September 13, 2018 at 10:00 a.m., as previously scheduled. At the pretrial

conference the Court will require the parties to provide time estimates for the proposed testimony of each witness and explain in detail the anticipated testimony of each witness, including any exhibits (other than exhibits to be used for impeachment) that are anticipated to be used with each witness.

In addition, the parties should be prepared to discuss means of streamlining the trial, including, but not limited to the following: bifurcation; presentation of foundational and non-critical testimony and direct testimony by deposition excerpts; narrative summaries and/or stipulations as to the content of testimony; presentation of testimony on direct examination by affidavit or by declaration subject to cross-examination; and qualification of experts by admitted resumes.

**TRIAL TESTIMONY**: The parties are advised that the Court may accept declarations of witnesses in lieu of direct testimony. In this regard, Counsel may submit the direct testimony of a witness in writing in a declaration executed under penalty of perjury. Any such declarations shall be in admissible form with appropriate foundation established for the declarant's statements. Paragraphs in each declaration shall be numbered consecutively to facilitate the identification of paragraphs for evidentiary objections.

**Counsel are to exchange and file these declarations with the Court at least eleven calendar days before trial**, unless otherwise ordered by the Court. **Seven calendar days before trial**, **counsel may file evidentiary objections to those declarations.** Counsel shall prepare a separate document for each declaration for which they have an evidentiary objection, in which they shall quote the specific language from the declaration to which they object, followed by the objection and any relevant argument. **Counsel shall file any reply or response to the objections by noon on the fourth calendar day before trial**. Courtesy copies of the declarations and evidentiary objections shall be delivered to the Courtroom Deputy Clerk, Mr. James Munoz, who can be reached at (213) 894-1831. The Court urges the parties to be judicious with their objections and any arguments in support of or in

opposition to those objections. Do not submit blanket or boilerplate objections to the opposing party's witness declarations. These will be disregarded and overruled.

At trial, the Court will rule on the evidentiary objections and, depending upon the ruling, the declarations will be received in evidence, either in whole or in part, or rejected. Counsel will then conduct the cross-examination and re-direct examination at trial.

IT IS SO ORDERED.

DATED: August 29, 2018

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge