UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV16-166 FFM |
| Date | September 12, 2018 |
| Title | LFP IP, LLC v. Lee Keith Brett |

Present: The Honorable Frederick F. Mumm, United States Magistrate Judge

| James Munoz | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

Attorney Present for Plaintiff:

Mark Hoffman
Jonathan Brown

Attorneys Present for Defendant:

Jason Strabo
Jessica Mariani

Proceedings:   **PRETRIAL CONFERENCE**

Case called. Counsel make their appearance.

Final pretrial conference held as stated on the record. Motions in Limine are denied as moot.

Final Pretrial Conference Order to follow.

:15
JM