JONATHAN W. BROWN, ESQ. (State Bar No. 223901)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924
(716) 849-1333
Facsimile No.: (716) 849-1315
jbrown@lglaw.com

MARK S. HOFFMAN, ESQ. (State Bar No. 108400)
MARK S. HOFFMAN, A PROFESSIONAL CORPORATION
11845 W. Olympic Blvd., Suite 1000
Los Angeles, CA 90064
Tel. (424) 248-6633
Fax: (424) 248-6677
mark@markshoffmanlaw.com

Attorneys for Plaintiff LFP IP, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LFP IP, LLC,**<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**LEE KEITH BRETT**,<br><br>　　　　　Defendant. | Case No.: 2:16-cv-00166-FFM<br><br>The Hon. Frederick F. Mumm<br><br>**STIPULATION OF DISMISSAL**<br><br>**Pursuant to FRCP Rule 41(a)(1)** |

**STIPULATION OF DISMISSAL**

1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), with each party to bear their own attorneys' fees and costs.

DATED: September 24, 2018

                      LIPSITZ GREEN SCIME CAMBRIA LLP

                              */s/Jonathan W. Brown*
By: _____
        Jonathan W. Brown, Esq.
        Attorneys for Plaintiff LFP IP, LLC

                      McDERMOTT WILL & EMERY LLP

                              */s/Jodi L. Benassi*
By: _____
        Jodi L. Benassi, Esq.
        Attorneys for Defendant
        Lee Keith Brett

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                              */s/Jonathan W. Brown*
By: _____
        Jonathan W. Brown, Esq.
        Attorneys for Plaintiff LFP IP, LLC